

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00555-CV

**DENVER ENERGY EXPLORATION, LLC**,
Appellant

v.

**INTERNATIONAL SERVICES**, Inc.,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 380,714
Honorable Irene Rios, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of this appeal are taxed against Appellant.

SIGNED January 8, 2014.

_____
Patricia O. Alvarez, Justice